IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PASQUALE LONGO JR.,** | : | |
| Plaintiff, | : | Civ. No. 1:15-cv-2042 |
| | : | |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| Commissioner of the Social Security | : | Judge Rambo |
| Administration, | : | |
| | : | Magistrate Judge Mehalchick |
| Defendant. | : | |

## **O R D E R**

Before the court is a report and recommendation filed by the magistrate judge in which she recommends that Plaintiff Longo's motion for attorney fees and costs be granted. The defendant does not oppose the requested amount of fees and costs requested.

**IT IS THEREFORE ORDERED AS FOLLOWS**:

1) The report and recommendation (Doc. 16) is **ADOPTED**.

2) Longo is hereby awarded $2,954.70 in attorney fees. Said fees shall be paid directly to Longo, but mailed to the business address of Longo's counsel. The award of attorney fees is contingent upon a determination by the government that Longo owes no qualifying, pre-existing debt(s) to the government. If such debt(s) exist, the government should reduce the awarded attorney fees in this order to the extent necessary to satisfy such debt(s).

2

3) The sum of $400.00 in costs is hereby awarded to Longo.

                                               s/Sylvia H. Rambo
                                               SYLVIA H. RAMBO
                                               United States District Judge

Dated: August 24, 2016